UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
         Petitioner,                )
                                    )
v.                                  )        M.B.D. No. 13-mc-91281-PBS
                                    )
WAYNE EDWARDS,                      )
EDWARDS MOVERS, INC.,               )
         Respondent.                )
_____ )

**REPORT AND RECOMMENDATION ON THE UNITED STATES'
PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

Boal, M.J.

On November 20, 2013, the District Court referred the subject petition to enforce an Internal Revenue Service ("IRS") Summons to the undersigned for a hearing and the issuance of a report and recommendation. Docket No. 4. That same day, this Court issued an order to show cause and scheduled a hearing for January 22, 2014. Docket No. 5. On January 21, 2014, the government filed a motion to continue the show cause hearing. Docket No. 7. The government stated that it had spoken with Respondent Wayne Edwards, and that he intended to comply with the Summons but needed additional time. Id. at 1. The Court granted the government's motion. Docket No. 8.

The Court held a show cause hearing on February 19, 2014. Docket No. 10. The Respondent did not appear. The government represented that it had not heard from Mr. Edwards since January 21, 2014. The government stated that on January 22, 2014, it mailed a letter to Respondent explaining the Summons and the documents requested therein, and enclosed a copy of the Summons. The government represented that the IRS had not as of the date of the hearing

received the documents requested by the Summons.  Respondent has failed to show any cause why he should not obey the Summons issued to him on June 24, 2013.

This Court finds that, based upon the Declaration of Revenue Officer Donald F. Davis (Docket No. 2), the United States has established a valid basis for issuance of an Order enforcing the Internal Revenue Service Summons, in accordance with 26 U.S.C. §§ 7402(b), 7602 & 7604(a) and United States v. Powell, 379 U.S. 48 (1964).

This Court therefore RECOMMENDS that the Petition of the United States to Enforce the Internal Revenue Summons (Docket No. 1) be GRANTED, and that an Order issue, directing that Respondent obey the Summons within thirty days, upon pain of a finding of contempt of court.

Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of receipt of the Report and Recommendation to which objection is made and accompanied by the basis for such objection.  Any party may respond to another party's objections within fourteen days after service of the objections.  Failure to file objections within the specified time waives the right to appeal the order.  See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, Ltd., 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir.1993).

Date: February 21, 2014

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge